UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60353-CIV-COHN/SELTZER

NATIONAL JAMES, ALONZO GRAHAM and
CURTIS PLUMMER,

    Plaintiffs,

v.

FATHER & SON MOVING OF SOUTH
FLORIDA, INC. and JOSEPH MAZELLA,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

    THIS CAUSE is before the Court upon the failure of Defendants to attend Calendar Call [DE 32] or to otherwise oppose Plaintiffs' Motion to Strike Pleadings [DE 19] or Motion for Partial Summary Judgment [DE 28]. Plaintiffs have now submitted Affidavits [DE 33] in support of a default judgment. The Court has carefully considered the entire record and is otherwise fully advised in the premises.

    On October 8, 2009, at the previously scheduled Calendar Call for this case, the Court granted Plaintiffs' motions to strike Defendants' pleadings for failure to comply with discovery requests and failure to respond pursuant to this Court's September 11, 2009 Order. The Court also granted Plaintiffs' Motion for Partial Summary Judgment as to liability for the failure of Defendants to respond to the motion (filed on September 11, 2009). At the October 8 Calendar Call, the Court orally entered a default as to both Defendants, Father & Son Moving of South Florida, Inc. and Joseph Mazella, after neither Defendant appeared. The Court also directed Plaintiffs to submit affidavits for a sum certain judgment. Plaintiff filed those affidavits on October 13, 2009, which were

served by first class mail to Defendants.  Although the Court is not required to wait for Defendants to respond, given their failure to attend Calendar Call, ten business days have now passed since the affidavits were mailed to Defendants' last known address.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, Nathaniel James, and against Defendants Father & Son Moving of South Florida, Inc. and Joseph Mazella, jointly and severally, upon the Plaintiff's complaint and affidavits, in the amount of $15,960.00, consisting of $7,980 in unpaid overtime wages and $7,980 in liquidated damages under the Fair Labor Standards Act;

2. Judgment is hereby entered in favor of Plaintiff, Curtis Plummer, and against Defendants Father & Son Moving of South Florida, Inc. and Joseph Mazella, jointly and severally, upon the Plaintiff's complaint and affidavits, in the amount of $11,760.00, consisting of $5,880 in unpaid overtime wages and $5,880 in liquidated damages under the Fair Labor Standards Act;

3. Judgment is hereby entered in favor of Plaintiff, Alonzo Graham, and against Defendants Father & Son Moving of South Florida, Inc. and Joseph Mazella, jointly and severally, upon the Plaintiff's complaint and affidavits, in the amount of $27,060.00, consisting of $13,530 in unpaid overtime wages and $13,530 in liquidated damages under the Fair Labor Standards Act;

4. An additional sum is entered in favor of all Plaintiffs collectively, and against Defendants Father & Son Moving of South Florida, Inc. and Joseph Mazella,

jointly and severally, for the amount of $10,710.00 in attorney's fees and $440 in taxable costs;

5. The total judgment of $65,930 shall bear interest at the rate of 0.39% per annum from the date of this Final Judgment, for which let execution issue;

6. The Clerk shall close this case any deny any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 28th day of October, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Andrew Card, Esq./ J. Dennis Card, Jr., Esq.

Father & Son Moving of South Florida
Attn: Joseph Mazzella or Francis Margalione
616 NW 2nd Avenue
Fort Lauderdale, Florida 33311

Joseph Mazella
616 NW 2nd Avenue
Fort Lauderdale, Florida 33311